| SS District 4 | SR District 119 | Piscataquis District 1 | Style No. 1 |

# State of Maine Sample Ballot
# General Election, November 6, 2018
для
Abbot, Blanchard Twp, Guilford, Monson, Parkman, Sangerville, Shirley, Willimantic

## Instructions to Voters

To vote, fill in the oval like this ●

To rank your candidate choices, fill in the oval:

- In the 1st column for your 1st choice candidate.
- In the 2nd column for your 2nd choice candidate, and so on.

Continue until you have ranked as many or as few candidates as you like.

Fill in no more than one oval for each candidate or column.

To rank a write-in candidate, write the person's name in the write-in space and fill in the oval for the ranking of your choice.

| U.S. Senator | 1st Choice | 2nd Choice | 3rd Choice | 4th Choice |
|---|---|---|---|---|
| **Brakey, Eric L.**<br>Auburn<br>Republican | ○ | ○ | ○ | ○ |
| **King, Angus S., Jr.**<br>Brunswick<br>Independent | ○ | ○ | ○ | ○ |
| **Ringelstein, Zak**<br>Yarmouth<br>Democratic | ○ | ○ | ○ | ○ |
| **Write-in** | ○ | ○ | ○ | ○ |

| Rep. to Congress<br>District 2 | 1st Choice | 2nd Choice | 3rd Choice | 4th Choice | 5th Choice |
|---|---|---|---|---|---|
| **Bond, Tiffany L.**<br>Portland<br>Independent | ○ | ○ | ○ | ○ | ○ |
| **Golden, Jared F.**<br>Lewiston<br>Democratic | ○ | ○ | ○ | ○ | ○ |
| **Hoar, William R.S.**<br>Southwest Harbor<br>Independent | ○ | ○ | ○ | ○ | ○ |
| **Poliquin, Bruce**<br>Oakland<br>Republican | ○ | ○ | ○ | ○ | ○ |
| **Write-in** | ○ | ○ | ○ | ○ | ○ |

**Turn Over for Additional Contests**

SAMPLE