**UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MAINE**

| | |
|---|---|
| BRETT BABER, *et al.* ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. _____ |
| ) | |
| MATTHEW DUNLAP, Secretary of the ) | |
| State of Maine. ) | AFFIDAVIT |
| ) | |
| Defendant. ) | |

**AFFIDAVIT OF BRETT BABER IN SUPPORT OF PLAINTIFFS' MOTION
FOR A TEMPORARY RESTRAINING ORDER**

I, Brett Baber, hereby declare as follows under penalty of perjury:

1. The following statements are based on my personal knowledge, and if called to testify I could swear competently thereto.

2. I am at least 18 years old and of sound mind.

3. I am a citizen of the United States and of the State of Maine. I reside at 29 Silver Ridge, Veazie, Maine 04401. I am an eligible Maine voter and am duly registered to vote in Maine's Second Congressional District.

4. I voted in the November 6, 2018 general election.

5. Consistent with Maine's current use of ranked-choice voting in elections for federal office, I selected Bruce Poliquin as my first choice to serve as the U.S. Representative for Maine's Second Congressional District.

6. Under the ranked-choice voting system, the votes of others in the Second Congressional District who selected William Hoar or Tiffany Bond as their first choice for U.S.

Representative are now reportedly in the process of being reallocated to the top-two finishing candidates: Jared Golden and Bruce Poliquin.

7. As a result of the ranked-choice voting system, my vote for Bruce Poliquin is being diluted by the votes of others who designated Hoar and Bond as their first choice and whose ballots are now reportedly being counted for other candidates.

8. As long as the Defendant continues to count and tabulate votes under the unconstitutional ranked-choice voting system, I will continue to suffer irreparable harm to my constitutionally protected right to vote.

FURTHER AFFIANT SAYETH NOT.

_____
Brett Baber

Sworn to and subscribed before me this 13th day of November 2018.

Brenda J. Lonko-Sullivan