UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| BRETT BARBER, TERRY HARM, MARY MARY HARTT, and BRUCE POLIQUIN,<br><br>Plaintiffs,<br><br>v.<br><br>MATTHEW DUNLAP,<br>Secretary of State of Maine,<br><br>Defendant. | No. 1:18-CV-00465-LEW |

**DECLARATION OF ELLYN W. SMITH IN SUPPORT OF INTERVENOR JARED GOLDEN'S OPPOSITION TO PLAINTIFFS' MOTION FOR A TEMPORARY RESTRAINING ORDER**

Pursuant to 28 U.S.C. § 1746, I, Ellyn Smith, declare as follows:

   1.   I reside at 63 Church Street, Presque Isle, Maine. I am a registered Maine voter at this address.

   2.   In the November 6, 2018 general election, I utilized Maine's Ranked-Choice Voting ("RCV") system when voting for candidates for election in Maine's Second Congressional District. I voted for three candidates in the following order: (1) Tiffany Bond; (2) Jared Golden; and (3) William Hoar. I did not rank Bruce Poliquin at all.

   3.   I voted in this manner on the understanding that my vote in each round of voting would go to my highest-ranked candidate remaining in that round.

   4.   Had the RCV system not been in place, and I was only able to select one candidate in the contest in Maine's Second Congressional District in the November 6, 2018 general election, I would have voted for Jared Golden.

5. Ranked choice provides me with an opportunity to fully express my opinions through voting, while still ensuring that, if my favored candidates do not have the necessary support to be elected, my voice is still heard.

6. My understanding is that all of Maine's voters had the same opportunity to use ranked voting as I did, to ensure that the candidate that is ultimately selected by the people of Maine to represent us is the one that is truly preferred above all of the others by the majority of voters.

7. I understand that Bruce Poliquin and other voters have now filed a lawsuit arguing that Ranked Choice Voting should not be used to determine the winner of the 2018 election. I feel incredibly frustrated and mislead by the idea that the rules under which I voted could be changed after I have already voted. As I stated, if, when I cast my ballot, I was aware that Ranked Choice Voting would not be used, I would have voted for Jared Golden. If the lawsuit is successful, I will be denied my right to vote.

I declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.

_____EwSmith_____
Ellyn Smith
DATED: 11·13·2018