UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

BRETT BARBER, TERRY HARM, MARY )
MARY HARTT, and BRUCE POLIQUIN, )
                                )
            Plaintiffs,         )
                                )
v.                              )   No. 1:18-CV-00465-LEW
                                )
MATTHEW DUNLAP,                 )
Secretary of State of Maine,    )
                                )
            Defendant           )

## DECLARATION OF ZAFRA WHITCOMB IN SUPPORT OF INTERVENOR JARED GOLDEN'S OPPOSITION TO PLAINTIFFS' MOTION FOR A TEMPORARY RESTRAINING ORDER

Pursuant to 28 U.S.C. § 1746, I, Zafra Whitcomb, declare as follows:

1. I reside at 126 Congress Street, Belfast, Maine. I am a registered Maine voter at this address.

2. In the November 6, 2018 general election, I utilized Maine's Ranked-Choice Voting ("RCV") system when voting for candidates for election in Maine's Second Congressional District. I voted for 2 candidates in the following order: (1) Tiffany Bond; (2) Jared Golden. I did not rank Bruce Poliquin at all.

3. I voted in this manner on the understanding that my vote in each round of voting would go to my highest-ranked candidate remaining in that round. I was not confused by the RCV system.

4. Had the RCV system not been in place, and I was only able to select one candidate in the contest in Maine's Second Congressional District in the November 6, 2018 general election, I would have voted for Jared Golden.

5. Ranked choice provides me with an opportunity to fully express my opinions through voting, while still ensuring that, if my favored candidates do not have the necessary support to be elected, my voice is still heard.

6. My understanding was that the election for the Second Congressional District was going to take place under the RCV system. I based this understanding on the fact that ranked choice voting had been approved by the voters of Maine repeatedly and had survived through numerous legal challenges prior to this election. When I voted in the election for the Second Congressional District, I understood ranked choice voting to be the law of the land.

7. I understand that Bruce Poliquin and other voters have now filed a lawsuit arguing that Ranked Choice Voting should not be used to determine the winner of the 2018 election. I feel angered the idea that the rules under which I voted could be changed after I have already cast my vote. As I stated, if, when I cast my ballot, I was aware that Ranked Choice Voting would not be used, I would have not have risked my vote not being considered in a contest between Bruce Poliquin and Jared Golden, and I would have voted for Jared Golden. If the lawsuit is successful, I will be denied my right to vote.

I declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.

Zafra Whitcomb
DATED: 11/13/18