UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| BRETT BARBER, TERRY HARM, MARY MARY HARTT, and BRUCE POLIQUIN,<br><br>Plaintiffs,<br><br>v.<br><br>MATTHEW DUNLAP,<br>Secretary of State of Maine,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)  No. 1:18-CV-00465-LEW<br>)<br>)<br>)<br>)<br>)<br>) |

**DECLARATION OF JEAN HAY BRIGHT IN SUPPORT OF INTERVENOR JARED GOLDEN'S OPPOSITION TO PLAINTIFFS' MOTION FOR A TEMPORARY RESTRAINING ORDER**

Pursuant to 28 U.S.C. § 1746, I, Jean Hay Bright, declare as follows:

1. I reside at 4262 Kennebec Road, Dixmont, Maine. I am a registered Maine voter at this address.

2. I was Maine's Democratic candidate for U.S. Senate in November 2006, and ran against incumbent Republican Olympia Snowe in that election.

3. In the November 6, 2018 general election, I utilized Maine's Ranked-Choice Voting ("RCV") system when voting for candidates for election in Maine's Second Congressional District. I voted for two candidates in the following order: (1) Tiffany Bond; (2) Jared Golden. I did not rank Bruce Poliquin at all.

4. I voted in this manner with the understanding that, if no candidate received a majority of votes in the first round, and if my first choice was not among the two highest vote-getters, my second-round vote would go to my second choice, if that candidate remained in that round. I was not confused by the RCV system, and I was in fact delighted at the opportunity to vote strategically or tactically in this manner.

5. I voted in the manner that I did because I wanted to vote for a more progressive candidate without playing a spoiler, and in so doing clearly indicate my strongly held views about certain policies. RCV allowed me to do this while still ensuring that, if my first-round most-favored candidate lost, my second-round vote would then go to the candidate whose views next most closely align with mine.

6. Had the RCV system not been in place, and I was only able to select one candidate in the contest in Maine's Second Congressional District in the November 6, 2018 general election, I would have voted for Jared Golden.

7. I understand that Bruce Poliquin and other voters have now filed a lawsuit arguing that Ranked Choice Voting should not be used to determine the winner of the 2018 election. I feel outraged by the idea that the rules under which I voted could be changed after I have already cast my vote. As I stated, if, when I cast my ballot, I was aware that Ranked Choice Voting would not be used, I would have voted for Jared Golden. If the lawsuit is successful, I will have been denied my right to vote, or at a minimum, my right to vote strategically, in this race.

8. I was not initially in favor of RCV, but I was impressed by how smoothly it worked in Maine's June 2018 primary races. I am now strongly in favor of RCV.

I declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.

*Jean Hay Bright*
Jean Hay Bright
DATED: Nov. 13, 2018