Jason Sorens 1

# Jason Sorens
# Curriculum Vitae

Department of Government
Dartmouth College
HB6108 Silsby Hall
Hanover, NH 03755
Jason.p.sorens@dartmouth.edu
Tel.: (603) 646-0984

## EDUCATION

**YALE UNIVERSITY** New Haven, CT
**Ph.D., Department of Political Science** May 2003
Subfield concentrations: Political Economy, Comparative Politics, Political Theory

**WASHINGTON AND LEE UNIVERSITY** Lexington, VA
**BA, Economics and Philosophy (magna cum laude)** June 1998

## EMPLOYMENT HISTORY

**DARTMOUTH COLLEGE** Hanover, NH
**Lecturer, Department of Government** Fall 2013-present
Teaching concentrations: political economy, U.S. politics (institutions and behavior), international relations
**Program Director, Political Economy Project** Fall 2014-present

**UNIVERSITY AT BUFFALO, STATE UNIVERSITY OF NEW YORK** Buffalo, NY
**Assistant Professor, Department of Political Science** Fall 2005-Summer 2013
Teaching concentrations: political economy, positive political theory (institutions and behavior), comparative politics, political philosophy

**YALE UNIVERSITY** New Haven, CT
**Lecturer, Department of Political Science** Fall 2003-Spring 2005
Teaching concentrations: political economy, European politics, methodology

**NEW SCHOOL UNIVERSITY** New York, NY
**Lecturer, Department of Political Science** Fall 2003

## PUBLICATIONS

### Books

Ruger, William, and Jason Sorens. 2018. *Freedom in the 50 States: Index of Personal and Economic Freedom* (5th ed.). Washington, DC: Cato Institute. 287 pages.

Sorens, Jason. 2012. *Secessionism: Identity, Interest, and Strategy*. Montreal: McGill-Queen's University Press.

Jason Sorens 2

## Articles

**Refereed Journals**

Sorens, Jason. 2018 (forthcoming). "The Effects of Housing Supply Restrictions on Partisan Geography." *Political Geography.*

Cappelen, Christoffer and Jason Sorens. 2018. "Precolonial Centralisation, Traditional Indirect Rule, and State Capacity in Africa." *Commonwealth & Comparative Politics* 56 (2): 195–215.

Cross, Ester, and Jason Sorens. 2016. "Arab Spring Constitution-Making: Polarization, Exclusion, and Constraints." *Democratization* 23 (7): 1292–1312.

Sorens, Jason. 2016. "Secession Risk and Fiscal Federalism." *Publius: The Journal of Federalism* 46 (1): 25–50. Winner of the John Kincaid Best Article Award.

Sorens, Jason and William P. Ruger. 2014. "Globalisation and Intrastate Conflict: An Empirical Analysis." *Civil Wars* 16 (4): 381–401.

Sorens, Jason. 2014. "Legal Regimes for Secession: Applying Moral Theory and Empirical Findings." *Public Affairs Quarterly* 28 (3): 259–88.

Sorens, Jason. 2014. "Fiscal Federalism, Jurisdictional Competition, and the Size of Government." *Constitutional Political Economy* 25 (4): 354–75.

Johnson, Noel D., William P. Ruger, Jason Sorens, and Steven Yamarik. 2014. "Corruption, Regulation, and Growth: An Empirical Study of the United States." *Economics of Governance* 15 (1): 51–69.

Sorens, Jason. 2014. "Does Fiscal Federalism Promote Regional Inequality? An Empirical Analysis of the OECD, 1980–2005." *Regional Studies* 48 (2): 239–53.

Sorens, Jason and William P. Ruger. 2012. "Does Foreign Investment Really Reduce Repression?" *International Studies Quarterly* 56 (2): 427–36.

Sorens, Jason. 2011. "Mineral Production, Territory, and Ethnic Rebellion: The Role of Rebel Constituencies." *Journal of Peace Research* 48 (5): 571–85.

Sorens, Jason. 2011. "The Institutions of Fiscal Federalism." *Publius: The Journal of Federalism* 41 (2): 207–31.

Sorens, Jason. 2010. "The Politics and Economics of Official Ethnic Discrimination: A Global Statistical Analysis, 1950–2003." *International Studies Quarterly* 54 (3): 535–58.

Sorens, Jason. 2009. "The Partisan Logic of Decentralization in Europe." *Regional and Federal Studies* 19 (2): 255–72.

Sorens, Jason. 2009. "Development and the Political Economy of Foreign Aid." *Journal of Private Enterprise* 24 (2): 87–100.

Sorens, Jason. 2008. "Regionalists Against Secession: The Political Economy of Territory in Advanced Democracies." *Nationalism and Ethnic Politics* 14 (3): 325–60.

Jason Sorens 3

Sorens, Jason, Fait Muedini, and William P. Ruger. 2008. "State and Local Public Policies in 2006: A New Database." *State Politics and Policy Quarterly* 8 (3): 309–26.

Sorens, Jason. 2005. "The Cross-Sectional Determinants of Secessionism in Advanced Democracies." *Comparative Political Studies* 38 (3): 304–26.

Sorens, Jason. 2004. "Globalization, Secessionism, and Autonomy." *Electoral Studies* 23 (4): 727–52.

Sorens, Jason. 2001. "The Failure to Converge: Why Globalization Doesn't Cause Deregulation," *Critical Review* 14 (1): 19–33.

**Contributions to Books (Refereed)**
Sorens, Jason. 2009. "Ethnicity and Nationalism in Wars of Secession." In Robert A. Denemark (ed.), *International Studies Encyclopedia* (Oxford, UK: Wiley-Blackwell).

**Non-Refereed Articles**
Sorens, Jason. 2011. "*A Stability-Seeking Power: U.S. Foreign Policy and Secessionist Conflicts* by Jonathan Paquin" (book review), *Perspectives on Politics* 9 (4): 977–78.

Sorens, Jason. 2010. "*The Foundations of Ethnic Politics: Separatism of States and Nations in Eurasia and the World* by Henry E. Hale" (book review), *Journal of Politics* 72: 260–62.

## OTHER RESEARCH, INVITED LECTURES, AND CONFERENCE PRESENTATIONS

"Modeling State Policy Ideology: An Application to Firearms Regulation." With Dylan McLean. State Politics and Policy Conference, State College, Penna., June 8, 2018.

"The Changing Ideological Politics of Firearms Regulation." With Dylan McLean. Under review. New England Political Science Association Annual Meeting, Portsmouth, N.H., April 21, 2018.

"Autonomous Island and Exclave Jurisdictions: What Decolonization Can Tell Us About Decentralization." American Political Science Association Annual Meeting, San Francisco, Calif., September 2, 2017.

"Residential Building Restrictions, Cost of Living, and Partisanship: State- and County-Level Analyses." State Politics & Policy Conference, St. Louis, Mo., June 2, 2017.

"The Electoral Effects of Local Zoning Restrictions." American Elections Academic Symposium, Saint Anselm College, Goffstown, N.H., March 18, 2017.

"On the Moral Duties of Business." With William Ruger. Corporate Social Responsibility conference, Wake Forest University School of Business, April 16, 2016.

"Freedom in the 50 States." With William Ruger. Association for Private Enterprise Education annual meeting, Las Vegas, Nev., April 5, 2016.

"The Ethics of Secession." Inliberty.ru invited lecture, Moscow, Russia, March 23, 2016.

"Vertical Fiscal Gaps and Economic Performance: A Theoretical Review and Empirical Meta-Analysis." Mercatus Working Paper, Mercatus Center at George Mason University, Arlington, Va., February 2016. Public Choice Society annual meeting, Ft. Lauderdale, Fla., March 12, 2016.

Jason Sorens 4

"The Two Logics of Perverse Fiscal Federalism in the Developing World." 2014 American Political Science Association annual meeting, Washington, D.C.

"The Business Political Cycle: Economic Conditions and Ideological Dimensionality in Multiparty Systems." 2012 American Political Science Association annual meeting, New Orleans, La., and at the 2014 New England Political Science Association annual meeting, Woodstock, Vt.

"Secessionism: Identity, Interest, and Strategy." Invited lecture as part of University of the Basque Country's summer course on "The Right to Decide on Secession: The Creation of New States in Europe," June 17, 2013.

"Constitutionalizing the Right to Self-Determination." Invited lecture at Centre Maurits Coppieters, Brussels, Belgium, June 13, 2013.

"Secessionism in the New Europe." Invited lecture as part of "Secession Redux" symposium at the University of Texas, Austin, March 1, 2013.

"Secession: A Right to National Divorce?" Invited lecture at Yeshiva University, February 19, 2013.

"The Political Economy of Federalism." Invited lecture at Texas State University, San Marcos, April 9, 2012.

With Govinda Bhattarai [second author]. "Resources, Ethnicity, and Commitment: Central Government Policies Toward Mineral-Rich Ethnoregions." 2011 American Political Science Association annual meeting, Seattle, WA.

With William P. Ruger. "State Legislative Professionalism and Size of Government." 2011 meeting of the Midwest Political Science Association, Chicago, IL.

With Dean Stansel. "Fiscal Decentralization and Economic Freedom in the American States." 2011 meeting of the Association for Private Enterprise Education, Nassau, The Bahamas.

Principal Investigator, State and Local Public Policies Database. Prepared with Fait Muedini and William P. Ruger, available at http://www.statepolicyindex.com.

"Mineral Production, Territory, and Ethnic Rebellion: The Role of Rebel Constituencies." 2010 meeting of the Peace Science Society, Forth Worth, TX.

"Fiscal Federalism and Regional Inequality." 2008 American Political Science Association annual meeting, Boston, MA.

"Globalization and Ethnic Discrimination." International Studies Association annual meeting, Chicago, IL, March 2007, at the Midwest Political Science Association annual meeting, Chicago, IL, April 2007, and at the American Political Science Association annual meeting, Chicago, IL, August 2007.

"Why Are Separatists More Rebellious than Other Ethnic Groups?" International Studies Association annual meeting, Chicago, IL, March 1, 2007.

"The Cross-Sectional Determinants of Regionalism in Advanced Democracies." Presented at Midwest Political Science Association annual meeting, April 2006, Chicago, IL.

Jason Sorens 5

"Countercyclical Macroeconomic Policies under Trade and Capital Openness." Presented at Yale-Harvard-Cornell Comparative Political Economy Research Symposium, 21 May 2004, New Haven, CT.

"Explaining Regional Ideological Differences." Presented at New England Political Science Association annual meeting, 1 May 2004, Portsmouth, NH.

"Globalization, Secessionism, and Autonomy." Presented at Southern Political Science Association conference, 7 November 2002, Savannah, GA.

"The Political Economy of Capital Account Liberalization," with Nancy Brune, Geoffrey Garrett, and Alexandra Guisinger (unpublished manuscript). Yale University Department of Political Science.

"Social Order without the State: The Case of Somalia," with Leonard Wantchekon (unpublished manuscript). Yale University Department of Political Science.

## GRANT SUPPORT

**Institute for Humane Studies**, 2016 & 2017, two separate approximately $3,000 grants for Dartmouth on-campus student discussion colloquia on the topics "Economics and a Free People" and "New Perspectives on Political Problems."
**Julian Park Publication Fund**, 2011, University at Buffalo College of Arts and Sciences, $8,000 subvention for publication of book, *Secessionism*.
**Charles G. Koch Foundation**, 2010-11, "Freedom, Migration, and Growth in the U.S." $7,960 for research assistants (Suparna Soni and Lance Newman). Role: PI.
**DonorsTrust**, Research Workshop Series in Markets and States, $15,000 (2008-10), $7,500 (2010-11), $5,000 (2011-12). Role: director.

## ACADEMIC HONORS

**John Kincaid Best Article Award**, *Publius: The Journal of Federalism*, 2017.
**Lisa Park Hertel Outstanding Professor teaching award**, 2010-11 and 2011-12.
**Olive W. Garvey Fellowship Program, Junior Faculty Division**, 2nd place winner in essay competition ($5,000), 2007.

## SERVICE

### Professional/Public Service

**Director** (see "Grant Support"), Research Workshop Series in Markets and States, University at Buffalo, 2008-2013.
**Lecturer**, Institute for Humane Studies summer seminar for graduate students, Bryn Mawr College, Philadelphia, PA, June 11-17, 2011.
**Conference Director**, Liberty Fund colloquium on "Federalism and Individual Liberty," Jackson, N.H., September 2015.
**Conference Director**, Liberty Fund colloquium on "Nationalism, the State, and Liberty," Montreal, Canada, October 2010.
**Conference Director**, Liberty Fund colloquium on "Political Obligation and State Legitimacy," San Francisco, Cal., June 2008.
**Conference Director**, Liberty Fund colloquium on "Secession, Local Autonomy, and Liberty," New Castle, N.H., April 2007.
**Member**, American Political Science Association.

Jason Sorens 6

**Referee**, *American Journal of Political Science*, *American Political Science Review*, *British Journal of Politics and International Relations*, Cambridge University Press, *Comparative Political Studies*, *Comparative Politics*, *Conflict Management and Peace Science*, *Contemporary Politics*, *Democratization*, *Environment and Planning A*, *Ethnopolitics*, *European Journal of Comparative Economics*, *European Journal of Political Research*, *European Political Science Review*, FWO-Vlaanderen, *International Interactions*, *International Journal of Comparative Sociology*, *International Studies Quarterly*, *Journal of Common Market Studies*, *Journal of Institutional Economics*, *Journal of Peace Research*, *Journal of Politics*, *Journal of Social Philosophy*, Kansas University Press, *Law and Policy*, National Science Foundation, *Nationalities Papers*, Oxford University Press, Palgrave Macmillan, *Policy and Internet*, *Political Behavior*, Polity Press, *Public Choice*, *Publius: The Journal of Federalism*, *Regional and Federal Studies*, *Regional Studies*, Routledge, *Sociological Forum*, *State Politics and Policy Quarterly*, *Studies in Comparative International Development*, Swiss National Science Foundation, United Nations University Press, *Urban Studies*, *World Development*, *World Politics*, Yale University Press.

## University Service

**Departmental committees:** 2006-7 Comparative Politics Search Committee, 2006-7 International Relations Search Committee, 2006-7 Advisory Committee, 2006-7 Graduate Committee, 2006-7 Comparative Politics Field Examination Committee, 2006-7 International Relations Field Examination Committee, 2006-7 Methodology Field Examination Committee, 2007-8 International Relations Search Committee, 2007-8 Comparative Politics Field Examination Committee, 2007-8 International Relations Field Examination Committee, 2008-9 Comparative Politics Field Examination Committee, 2008-9 International Relations Field Examination Committee, 2009-10 Graduate Committee, 2009-10 Comparative Politics Field Examination Committee, 2010-11 Undergraduate Committee, 2011-12 Comparative Politics Field Examination Committee.
**Student oral field examination committees**: Sooh-Rhee Ryu, Kijoo Kim, Chia-Sheng Chen, Yung-Ming Yen, Jee Yong Kim, Wooksung Kim, Meredith-Joy Petersheim.
**First reader, Master's projects & theses**: Terry Bagia, Thom Hierl, Will Taylor.
**Second reader, Master's projects & theses**: Vanessa Brown, David A. Scott, Dan Loge, Jennifer Kaplan, Morgan Fallon.
**Second reader, undergraduate honors thesis**: Aaron Krolikowski.
**Graduate independent studies**: Jee Yong Kim, Sooh-Rhee Ryu, Brian Nottingham, Meredith-Joy Petersheim.
**Undergraduate independent study**: Roman Gressel.
**Dissertation committees**: Meredith-Joy Petersheim, Sooh-Rhee Ryu, Jesse Wasson, Yungming Yen, Jee Yong Kim, Thomas Placito, Megan Gall, Brian Hardt.

## Professionally Related Community Service

**Unpaid consultant**, ISAF intelligence in Afghanistan.
**Unpaid lecturer**, Centre Maurits Coppieters, Barcelona, Catalonia.
**Unpaid lecturer**, International Institute of Buffalo.
**Unpaid lecturer**, Ethics and Economics Education of New England.