UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MAINE

| | |
|---|---|
| BRETT BABER, et al. | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Case No. 1:18-cv-00465 (LEW) |
| | ) |
| MATTHEW DUNLAP, Secretary of the State of Maine, | ) |
| | ) |
| and | ) |
| | ) |
| PAUL LePAGE, Governor of the State of Maine, | ) |
| | ) |
| Defendants. | ) |

**PLAINTIFFS' EXPERT WITNESS DISCLOSURE**

Pursuant to Federal Rule of Civil Procedure 26, Plaintiffs submit this Expert Witness Disclosure and state as follows:

1. Plaintiffs designate the following expert witness to testify in support of their constitutional claims:

> Dr. James G. Gimpel, Ph.D.
> Professor
> Department of Government & Politics
> University of Maryland
> College Park, MD 20742

2. Dr. Gimpel holds a Ph.D. in Political Science from the University of Chicago (1990), an M.A. in Political Science from the University of Toronto (1985), and a B.A. in Political Science, with honors, from Drake University (1984). He teaches political science at the University of Maryland.

3. Dr. Gimpel's Sworn Report is attached.  The attached Sworn Report contains a complete statement of Dr. Gimpel's opinions with respect to the effects of "ranked choice voting," also known as "instant runoff voting," on voters, voting behavior, voting rights, and majority will, to be expressed at a hearing on Plaintiffs' request for a preliminary injunction and at trial.  The Sworn Report also sets forth the bases and reasons for Dr. Gimpel's opinions; the data or other information considered by Dr. Gimpel in informing the opinion; any exhibits to be used as a summary of or support for the opinions; and the qualifications of Dr. Gimpel, including a list of all publications authored by Dr. Gimpel within the preceding ten years.

5. Dr. Gimpel's CV is attached to the Sworn Report and includes a list of all other cases in which he has testified as an expert, at trial or by deposition.

4. Dr. Gimpel is being compensated for his work at the rate of $300 per hour.

6. Plaintiffs and Dr. Gimpel reserve the right to rely on the testimony of any experts presented by the Defendants or other information derived in connection with this litigation and to supplement Dr. Gimpel's analysis and opinions based upon those opinions or information.

Respectfully submitted,

/s/ *Lee E. Goodman*

Lee E. Goodman (*pro hac vice*)
Andrew G. Woodson (*pro hac vice*)
Eric Wang (*pro hac vice*)
WILEY REIN LLP
1776 K Street, NW
Washington, D.C. 20006
Phone: (202) 719-7000
Fax: (202) 719-7049
lgoodman@wileyrein.com
awoodson@wileyrein.com
ewang@wileyrein.com

/s/ *Joshua A. Tardy*
Joshua A. Tardy, Esq.

        Joshua A. Randlett, Esq.
        RUDMAN WINCHELL
        84 Harlow Street; P.O. Box 1401
        Bangor, ME 04402-1401
        Phone: (207) 997-4501
        jtardy@rudmanwinchell.com
        jrandlett@rudmanwinchell.com

*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on this 28th day of November, 2018, a copy of the Plaintiffs' Expert Witness Disclosure, with all attachments thereto, was filed via the Court's CM/ECF system, which will send notification of such filing to all counsel of record.


/s/ Lee E. Goodman