UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

CASE NAME:  BRETT BABER et al v. MATTHEW DUNLAP et al

DOCKET NO: 1:18-cv-00465-LEW

PROCEEDING TYPE: Preliminary/Permanent Injunction Hearing

## Exhibit List

| Pla Exh No. | Dft Exh No. | Court Exh No. | Description | Date Mentioned | Date Offered | Obj | Date Admitted |
|---|---|---|---|---|---|---|---|
| 1 | | | Curriculum Vitae of James Gimpel | 12/5/2018 | 12/5/2018 | | 12/5/2018 |
| 2 | | | State of Maine sample ballot | 12/5/2018 | 12/5/2018 | | 12/5/2018 |
| 3 | | | Compilation of data by Gimpel | 12/5/2018 | 12/5/2018 | | 12/5/2018 |
| | 1 | | Facebook snapshot (marked by counsel for Golden) | 12/5/2018 | | | |