UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| BRETT BABER, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| v. | ) Civil No. 1:18-cv-00465-LEW |
| | ) |
| MATTHEW DUNLAP, et al., | ) |
| | ) |
| Defendants. | ) |

J U D G M E N T

In accordance with the Decision and Order on Motion for Preliminary Injunction entered by United States District Judge Lance E. Walker on December 13, 2018;

JUDGMENT is hereby entered for Defendants Matthew Dunlap, Paul LePage, Intervenor Defendants Jared Golden, Tiffany Bond, Rachel Wollstadt and Kaylee Michaud as against the Plaintiffs Brett Baber, Terry Hamm-Morris, Mary Hartt and Bruce Poliquin.

                                  CHRISTA K. BERRY, CLERK

                                  /s/ Julie W. Rodrigue
                                  Deputy Clerk

Dated this 13th day of December, 2018.